## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| GEORGE ROBERT STUDNICKA, | Civil No. 05-723 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| A DANIEL PINHEIRO, YOLANDA I GARVES, and MAYO CLINIC GROUP, | |
| Respondent. | |

_____

David B. Ketroser, **DAVID B KETROSER, MN, JD,** Post Office Box 427, Hopkins, MN 55343, for plaintiff.

Heather M. McCann, William R. Stoeri and Paul B. Klaas, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402; Joseph M. Colaiano, **MAYO CLINIC LEGAL DEPARTMENT**, 200 First Street Southwest, Rochester, MN 55905, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 11, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' amended motion for summary judgment [Docket No. 383] is **DENIED** to the extent that it seeks dismissal of the claim of battery relating to the April 11, 2001, radial neck dissection operation, and is **GRANTED** to the extent that it seeks dismissal of all other claims

DATED: March 5, 2008
at Minneapolis, Minnesota.

s/John R. Tunheim<br>JOHN R. TUNHEIM<br>United States District Judge